# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** 2:23-cr-243 |
| | **JUDGE** Morrison |
| v. | **INDICTMENT** |
| **JOHN CASTILLO** | 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

All dates and times in this Indictment are alleged to be "on or about," "in and around," or "through and including" the specific dates stated.

## COUNT 1
### (Possession With Intent to Distribute 5 Kilograms or More of Cocaine)

1. At all times relevant to this Count, Defendant **JOHN CASTILLO** was a police officer with the Columbus Division of Police. One of his duties was to investigate drug crimes.

2. In January and February 2021, Defendant **JOHN CASTILLO** and other Columbus police officers were investigating drug-trafficking activity. PERSON A was a subject of their investigation. PERSON A lived in a house on North Everett Avenue in Columbus.

3. On February 3, 2021, PERSON A drove with his wife (PERSON B) and their children to a business on Lockbourne Road in Columbus. PERSON A picked up a bag containing U.S. currency from a vehicle parked at the business.

4. On February 3, 2021, a Columbus police officer conducted a traffic stop of PERSON A's car. Defendant **JOHN CASTILLO** and another Columbus police officer were present during at least a portion of the traffic stop.

5. On February 3, 2021, Defendant **JOHN CASTILLO** and the other Columbus police officer learned that PERSON A had given multiple kilograms of cocaine to PERSON C to hold for him.

6. On February 3, 2021, Defendant **JOHN CASTILLO**, the other Columbus police officer, and PERSON A traveled from the site of the traffic stop to the North Everett house. PERSON A called PERSON C and told him to bring the cocaine to the North Everett house.

7. On February 3, 2021, Defendant **JOHN CASTILLO**, the other Columbus police officer, and PERSON A arrived at the North Everett house. When PERSON C arrived, he placed a bag containing approximately two kilograms of cocaine and a box containing approximately ten kilograms of cocaine on the property of the North Everett house. Defendant **JOHN CASTILLO** and the other Columbus police officer placed the box containing cocaine in the vehicle in which the three men had arrived. This cocaine would not be turned into evidence.

8. On February 3, 2021, Defendant **JOHN CASTILLO**, the other Columbus police officer, and PERSON A walked to the door of the North Everett house. Defendant **JOHN CASTILLO** and the other Columbus police officer entered the house, and, using a code provided by PERSON A, the house's security system was disarmed. Defendant **JOHN CASTILLO** and the other Columbus police officer placed the bag containing approximately two kilograms of cocaine under the basement stairs. A few minutes later, the house's security system was re-armed.

9. On February 3, 2021, Defendant **JOHN CASTILLO**, the other Columbus police officer, and PERSON A traveled from the North Everett house back to the site of the traffic stop. Defendant **JOHN CASTILLO**, the other Columbus police officer, PERSON A, PERSON B, the children of PERSON A and PERSON B, and multiple other officers then traveled from the site of the traffic stop back to the North Everett house. Officers asked PERSON A and PERSON B for

consent to search the house, and they agreed. Officers searched the North Everett house and seized, among other items, the bag containing approximately two kilograms of cocaine.

10. On the night spanning February 3 and 4, 2021, Defendant **JOHN CASTILLO** and the other Columbus police officer drove to the other Columbus police officer's house and took the stolen kilograms of cocaine to the basement.

11. On February 4, 2021, Defendant **JOHN CASTILLO** and the other Columbus police officer went to a storage unit controlled by PERSON A and PERSON B. In February 2021, Defendant **JOHN CASTILLO** and the other Columbus police officer unlawfully seized and removed property from the storage unit.

12. In February 2021, the other Columbus police officer provided the stolen kilograms of cocaine to PERSON D to sell.

13. On February 3, 2021, in the Southern District of Ohio, Defendant **JOHN CASTILLO** knowingly and intentionally possessed with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii).**

### FORFEITURE ALLEGATION A

14. The allegations of Count 1 of this Indictment are realleged here.

15. Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, Defendant **JOHN CASTILLO** shall forfeit to the United States, under 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

16. If, as a result of any act or omission of Defendant **JOHN CASTILLO**, the forfeitable property so described, or any portion thereof cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of Defendant **JOHN CASTILLO** up to the value of the subject property.

**Forfeiture in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                                    **A TRUE BILL**

                                                    s/Foreperson
                                                    **FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**PETER K. GLENN-APPLEGATE (0088708)**
**Assistant United States Attorney**

*[signature]*

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**