United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Morrison and Judge Sargus

FROM: Spencer D. Harris, Deputy Clerk

DATE: 12/19/2023

SUBJECT: Case Caption: USA v. John Castillo

CASE: Case Number: 2:23-CR-243

DISTRICT JUDGE: Judge Morrison

File Date: 12/19/23

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. John Kotchkoski**

Case Number: **2:22-CR-47**   District Judge: **Sargus**

File Date: **3/23/22**   Magistrate Judge:

**Related Case(s):**

Case Caption: **USA v. Marco R. Merino**

Case Number: **2-22-CR-14**   District Judge: **Sargus**

File Date: **1/28/22**   Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     **Spencer D. Harris** as follows:

**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    Sargus, Jr.

☐   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge: _____

       Edmund A. Sargus, Jr. 1/23/2024
       United States District Judge

       s/Sarah D. Morrison 1/30/2024
       United States District Judge

       United States District Judge

cc:   Courtroom Deputies

*Revised 9/14/2012*