UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                                                           Case No.  2:23-cr-243

**John Castillo**

COURTROOM   MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 2/1/2024 at 2:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Pete Glenn-Applegate<br>Liz Geraghty |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Jeffrey Stavroff |
| INTERPRETER: |  | Pretrial/Probation | Leticia Vazquez-Villa<br>Daniela Escamilla H |

Initial Appearance on Indictment

-Dft completed CJA financial affidavit, Dft does not qualify for Court appointed counsel at this time; Counsel appointed for initial appearance only
-Dft advised of rights, charges, and potential penalties
-Government Motions Court to unseal case; Motion granted
-Government motions Court for detention hearing; Motion granted
-Government advised of Due Process Protections Act Order
-Detention hearing set for 2/6/2024 at 2:30 PM
-Dft remanded