# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**　　　　　　　　　　**NOTICE**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 2:23-cr-243

　　　　　　　　　　　　　　　　　　　　　　Judge Edmund A. Sargus, Jr

**JOHN CASTILLO,**

        **Defendant.**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place:　United States District Court　　　**Courtroom Number 311**
　　　　Joseph P. Kinneary U.S. Courthouse
　　　　85 Marconi Boulevard　　　　　　　**February 14, 2024 at 9:45 a.m.**
　　　　Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Indictment**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

DATE:　February 5, 2024

　　　　　　　　　　　　　　　　　　　　　/s /   Christin M. Werner
　　　　　　　　　　　　　　　　　　　　(By) Christin M. Werner, Deputy Clerk