UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                  Case Number 2:23-cr-243
                                                  Judge Edmund A. Sargus, Jr.

JOHN CASTILLO,
    Defendant.

# Change of Plea
## Wednesday, June 12, 2024
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Peter Glenn-Applegate
For Defendant: Bob Krapenc
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant changed his plea to guilty to count 1 and  Forfeiture Allegation A of the Indictment.
PSI Ordered.