U(1NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

    v.                                        Case Number 2:23-cr-243
                                                    Judge Edmund A. Sargus, Jr.

**JOHN CASTILLO,**
        **Defendant.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:      United States District Court
             Joseph P. Kinneary U.S. Courthouse    **Courtroom Number 311**
             85 Marconi Boulevard                          **December 11, 2024 at 10:00 a.m.**
             Columbus, Ohio 43215

TYPE OF PROCEEDING: **Sentencing**

**The following schedule is established:**
**(a)** Any sentencing memorandum may be filed no later than 10 days prior to sentencing;
**(b)** If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 5 days prior to sentencing;
**(c)** Motions under U.S.S.C. § 3553(e) or U.S.S.C. § 5K1.1 must be filed at least 5 days prior to sentencing;
**(d)** No other memoranda or motions pertaining to sentencing shall be filed without leave of court.

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                              **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**

DATE:  December 9, 2024

                                                              /s /   Christin M. Werner
                                                              (By) Christin M. Werner, Deputy Clerk