**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                               Case Number 2:23-cr-243
                                                               Judge Edmund A. Sargus, Jr.

JOHN CASTILLO,
    Defendant.

## Sentencing
## Wednesday, December 11, 2024
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Peter Glenn-Applegate and Elizabeth Geraghty
For Defendant: Bob Krapenc
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant is sentenced as follows:

46 months imprisonment minus time served.
5 years supervised release.
$100 special assessment.
Forfeiture Ordered.